No. 201. McConney v. United States, ante, p. 821;
No. 5317. McConney v. United States Court of Appeals for the Ninth Circuit et al., ante, p. 817;
No. 465. Sayles v. Wiegand et al., ante, p. 876;
No. 485. Hawthorne v. Illinois, ante, p. 878; and No. 5811. Anderson v. American Broadcasting Co. et al., ante, p. 875. Petitions for rehearing denied.

DECEMBER 18, 1970

No. 1101. Named Individual Members of the San Antonio Conservation Society v. Texas Highway Department et al. C. A. 5th Cir. Stay heretofore granted by the Court on December 7, 1970 [ante, p. 939], vacated. Mr. Justice Black, Mr. Justice Douglas, Mr. Justice Brennan, and Mr. Justice Marshall dissent from the entry of this order.

DECEMBER 21, 1970

No. 741. Chase Brass & Copper Co. v. Franchise Tax Board of California. Appeal from Ct. App. Cal., 1st App. Dist. Motions of Tax Executives Institute, Inc., Financial Executives Institute, and National Association of Manufacturers of the United States et al. for leave to file briefs as amici curiae granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 5874. Snoddy v. McNair, Governor of South Carolina, et al. Appeal from D. C. S. C. dismissed for want of jurisdiction. Mr. Justice Stewart is of the opinion that the judgment should be affirmed.